# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD L. RUCKER, | : | Case No. 1:18-CV-05 |
|    Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. |
| JUDGE TOM HEEKIN, *et al.*, | : | Bowman |
|    Defendants. | : | |

# DECISION AND ENTRY
# ADOPTING THE REPORTS AND RECOMMENDATIONS
# OF THE UNITED STATES MAGISTRATE JUDGE (Docs. 5, 10)
# AND TERMINATING THIS CASE ON THE DOCKET OF THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and submitted a Report and Recommendation (Doc. 5) recommending that Plaintiff's Complaint be dismissed with prejudice. Plaintiff timely filed an objection ("Objection"). (Doc. 6).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] Plaintiff's Objection does not set forth any persuasive argument or authority to rebut the Magistrate Judge's correct conclusion that Plaintiff's claims against Defendants—judges and prosecutors who are entitled to absolute immunity for their actions in Plaintiff's underlying criminal proceedings—are deficient as a matter of law. Plaintiff subsequently filed a motion to dismiss without prejudice. (Doc. 7). The Magistrate Judge properly characterized this motion as a supplemental objection to the prior Report and Recommendation, and properly recommended denying it. (Doc. 10).

determine that the Reports and Recommendations should be and are hereby adopted in their entirety. Accordingly:

1. The Magistrate Judge's Reports and Recommendations (Docs. 5, 10) are **ADOPTED**;

2. The Complaint is **DISMISSED with prejudice**;

3. Plaintiff's motion to dismiss without prejudice (Doc. 7) is **DENIED**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:   1/28/19

*Timothy S. Black*
Timothy S. Black
United States District Judge